**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**.................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NIEVES;<br>EMERALD ACRES CORPORATION,<br><br>           Plaintiffs,<br><br>vs.<br><br>COUNTY OF TRINITY;<br>TRINITY COUNTY SHERIFF'S<br>DEPARTMENT (TCSO);<br>BENJAMIN SPENCER, in his official<br>capacity of Deputy of the TCSO;<br>SCOTT CAVALLI, in his official capacity<br>of Sergeant of the TCSO;<br>NATHANIAL TRUJILLO, in his official<br>capacity of Deputy of the TCSO;<br>TRINITY COUNTY PLANNING<br>DEPARTMENT – CANNABIS DIVISION;<br>and JOHN/JANE DOES 1 through 100,<br>Inclusive,<br><br>           Defendants. | No.  2:22-CV-00270-TLN-DMC<br><br>**ORDER RE: STIPULATION<br>TO PERMIT PLAINTIFFS TO FILE A<br>FIRST AMENDED COMPLAINT** |

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
Order Re Stipulation to Permit Plaintiffs to File a First Amended Complaint

**IT IS HEREBY ORDERED**, per Stipulation by the parties, that Plaintiffs may file a First Amended Complaint no later than May 6, 2022.

**IT IS SO ORDERED.**

DATED: May 2, 2022

_____
Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
**Order Re Stipulation to Permit Plaintiffs to File a First Amended Complaint**