CATHLEEN THERESA BARR..............................State Bar No. 295538
BRANDON STORMENT ......................................State Bar No. 267260
ESTEE LEWIS  .....................................................State Bar No. 268358
ANDREW S. PLETCHER (OF COUNSEL)…… State Bar No. 299437
BARR & MUDFORD, LLP
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NIEVES;<br>EMERALD ACRES CORPORATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF TRINITY;<br>TRINITY COUNTY SHERIFF'S DEPARTMENT (TCSO);<br>BENJAMIN SPENCER, in his official capacity of Deputy of the TCSO;<br>SCOTT CAVALLI, in his official capacity of Sergeant of the TCSO;<br>NATHANIAL TRUJILLO, in his official capacity of Deputy of the TCSO;<br>TRINITY COUNTY PLANNING DEPARTMENT – CANNABIS DIVISION; and JOHN/JANE DOES 1 through 100, Inclusive,<br><br>    Defendants. | No.  2:22-CV-00270-KJM-AC<br><br>**ORDER RE: STIPULATION TO EXTEND THE DEADLINE TO FILE THE OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br><br>DATE:  April 28, 2023<br>TIME:  10:00 a.m.<br>PLACE: Courtroom 3 |

Page 1
Order Re: Stipulation to Extend the Deadline to File the Opposition and Reply to Defendants Motion to Dismiss the Second Amended Complaint

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Good cause appearing, the court **grants** the parties' stipulated request to extend the deadline to file the opposition and reply to defendnats' motion to to dismiss. Plaintiffs may file their Opposition to Defendants' Motion to Dismiss Second Amended Complaint no later than March 9, 2023, and a Reply is to be filed no later than March 20, 2023.

**IT IS SO ORDERED.**

DATED: February 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 2
Order Re: Stipulation to Extend the Deadline to File the Opposition and Reply to Defendants Motion to Dismiss the Second Amended Complaint