**CATHLEEN THERESA BARR**..........................State Bar No. 295538
**BRANDON STORMENT** ......................................State Bar No. 267260
**ESTEE LEWIS** ......................................................State Bar No. 268358
**ANDREW S. PLETCHER (OF COUNSEL)**…… State Bar No. 299437
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NIEVES;<br>EMERALD ACRES CORPORATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF TRINITY;<br>TRINITY COUNTY SHERIFF'S<br>DEPARTMENT (TCSO);<br>BENJAMIN SPENCER, in his official<br>capacity of Deputy of the TCSO;<br>SCOTT CAVALLI, in his official capacity<br>of Sergeant of the TCSO;<br>NATHANIAL TRUJILLO, in his official<br>capacity of Deputy of the TCSO;<br>TIM SAXON, in his official<br>capacity of Sheriff of the TCSO;<br>TRINITY COUNTY PLANNING<br>DEPARTMENT – CANNABIS DIVISION;<br>and JOHN/JANE DOES 1 through 100,<br>Inclusive,<br><br>    Defendants. | No.  2:22-CV-00270-DJC-AC<br><br><br>**ORDER RE REQUEST FOR ENTRY OF FINAL ORDER** |

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Order  Re: Request for Entry of Final Order**

On May 12, 2023, this Court granted the County Defendants' Motion to Dismiss in the above-entitled case. [Document 51.] The Motion to Dismiss was granted with leave to amend. Plaintiff was ordered to file an Amended Complaint within thirty (30) days (by June 12, 2023.)

Plaintiffs have now stated that they have "decided to pursue their claims in State Court, rather than amend" and that "Plaintiffs therefore request that this Court enter a final, order of dismissal."

**THEREFORE,** the Court hereby grants Plaintiffs' request for final order, and hereby dismisses the federal causes of action, without leave to amend.

Pursuant to 28 U.S.C. §1367, Plaintiffs have 30 days to re-file this matter in State Court.

**IT IS SO ORDERED.**

Dated: 6/8/23                                         /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
**Order Re: Request for Entry of Final Order**